1

2

3                                                              O

4

5

6                                              JS - 6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  MARCO ANDRANGO,            )  Case No. EDCV 09-02027 DDP (CTx)
                               )
12              Plaintiff,     )  **Order Granting Defendants' Motion**
                               )  **to Dismiss**
13        v.                   )
                               )
14  BANK OF AMERICA; COUNTRYWIDE )  [Motion filed on December 11,
    HOME LOANS, INC.; RECONTRUST )  2009]
15  COMPANY, N.A.,             )
                               )
16              Defendants.    )
                               )
17  _____ )

18       Presently before the Court is Defendants Recontrust Company,

19  N.A., Bank of America, and Countrywide Home Loans, Inc.'s Motion to

20  Dismiss Plaintiff's First Amended Complaint.  Because Plaintiff has

21  neither filed an opposition nor a notice of non-opposition, the

22  Court GRANTS Defendants' Motion to Dismiss.

23       Central District of California Local Rule 7-9 requires an

24  opposing party to file an opposition or a statement of non-

25  opposition to any motion at least fourteen (14) days prior to the

26  date designated for hearing the motion.  C.D. CAL. L.R. 7-9.

27  Additionally, Local Rule 7-12 provides that "[t]he failure to file

28  any required paper, or the failure to file it within the deadline,

1    may be deemed consent to the granting or denial of the motion."

2    C.D. Cal. L.R. 7-12.

3        The hearing on Defendants' Motion to Dismiss was scheduled for

4    January 25, 2010.  Plaintiff's opposition or statement of non-

5    opposition was therefore due by January 11, 2009.  As of the date

6    of this Order, Plaintiff has not filed any response to Defendants'

7    Motion, or any other papers that could be construed as a request

8    for an extension of time to file or a request to move the hearing

9    date.  Accordingly, the Court deems Plaintiff's failure to oppose

10    consent to granting Defendants' Motion to Dismiss.

12    IT IS SO ORDERED.

15    Dated: January 25, 2010

                                       DEAN D. PREGERSON
                                       United States District Judge